IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 22-64 |
| v. | : | DATE FILED: November 1, 2023 |
| DAVID DIXON | : | VIOLATIONS:<br>21 U.S.C. § 841(a)(1), (b)(1)(A) |
| | : | (distribution of 500 grams or more of methamphetamine – 1 count) |
| | : | 21 U.S.C. § 841(a)(1), (b)(1)(A) (possession with intent to distribute 500 grams or more of methamphetamine, 40 grams or more of fentanyl, and psilocyn – |
| | : | 1 count)<br>21 U.S.C. § 856(a)(2) (maintaining a drug-involved premises – 1 count) |
| | : | 18 U.S.C. § 924(c)(1)(A) (possession of a firearm in furtherance of a drug trafficking crime – 1 count) |
| | : | Notices of forfeiture |

**S U P E R S E D I N G   I N D I C T M E N T**

**COUNT ONE**

THE GRAND JURY CHARGES THAT:

On or about January 19, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**DAVID DIXON**

knowingly and intentionally distributed 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 2, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendant

## DAVID DIXON

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount methamphetamine, a Schedule II controlled substance; 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II controlled substance; and a mixture and substance containing a detectable amount of psilocyn, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 2, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**DAVID DIXON**

managed and controlled a residence located at 3900 West Ford Road, Apartment 8H, Philadelphia, Pennsylvania, and knowingly and intentionally made available for use the residence, for the purpose of unlawfully manufacturing, storing, distributing, and using controlled substances, that is, methamphetamine and N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), both Schedule II controlled substances, and psilocyn, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 856(a)(2).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 2, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**DAVID DIXON**

knowingly possessed a firearm, that is, a Springfield Armory XD, Model 2 subcompact, .40 caliber semi-automatic pistol, bearing serial number BY465218, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, possession with intent to distribute methamphetamine, N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), and psilocyn, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Two of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## NOTICE OF FORFEITURE 1

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 924(c)(1), as set forth in this indictment, defendant

**DAVID DIXON**

shall forfeit to the United States of America all firearms and ammunition involved in the commission of these offenses, including but not limited to:

1. a Springfield Armory XD, Model 2 subcompact, .40 caliber semi-automatic pistol, bearing serial number BY465218; and

2. 13 live rounds of .40 caliber ammunition.

All pursuant to Title 18, United States Code, Section 924(d), made applicable by Title 28 United States Code, Section 2461(c).

## NOTICE OF FORFEITURE 2

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violation of Title 21, United States Code, Section 841(a)(1), set forth in this indictment, defendant

**DAVID DIXON**

shall forfeit to the United States of America:

(a) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations and;

(b) any property constituting, or derived from, proceeds obtained, directly or indirectly, from the commission of such violations, including all United States Currency.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the Court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL: [redacted]

GRAND JURY FOREPERSON

/FOR

JACQUELINE C. ROMERO
UNITED STATES ATTORNEY

No. 22-64

# UNITED STATES DISTRICT COURT

*Eastern District of Pennsylvania*

**Criminal Division**

THE UNITED STATES OF AMERICA

vs.

DAVID DIXON

SUPERSEDING INDICTMENT

Counts

21 U.S.C. § 841(a)(1), (b)(1)(A)
(distribution of 500 grams or more of methamphetamine – 1 count)
21 U.S.C. § 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C)
(possession with intent to distribute 500 grams or more of methamphetamine, 40 grams or more of fentanyl, and psilocyn – 1 count)
21 U.S.C. § 856(a)(2)
(maintaining a drug-involved premises – 1 count)
18 U.S.C. § 924(c)(1)(A)
(possession of a firearm in furtherance of a drug trafficking crime – 1 count)
Notices of forfeiture

███████████████████

*Foreman*

Filed in open court this 1st day,

of NOVEMBER A.D. 2023

_____

*Clerk*

Bail, $_____